UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In the Matter of:

PJ HOSPITALITY, INC.,            Case No. 17-53794
                                                Chapter 11
           Debtor.                  Hon. Marci McIvor
_____/

## MICHIGAN UNEMPLOYMENT INSURANCE AGENCY'S
## NOTICE OF DEFAULT

The Michigan Unemployment Insurance Agency ("Agency") by its attorneys, Bill Schuette, Attorney General, and Jessica L. Mullen, Assistant Attorney General, files this Notice of Default and states:

1)      A Stipulation By and Between Debtor PJ Hospitality, Inc. ("Debtor"), the Agency, USTrustee, Michigan Department of Treasury, IRS and Oakland County Treasurer in support of entry of a proposed Order Confirming Debtors Combined Disclosure Statement And Plan, As Amended And Granting Final Approval To Disclosure Statement was filed on April 10, 2018.  (Dkt. No. 50.)  The Court entered an Order Confirming Debtor's Combined Disclosure Statement And Plan, as Amended, and Granting Final Approval to Disclosure Statement on April 10, 2018 ("Order Confirming Plan").  (Dkt. No. 51.)

1

2) The Order Confirming Plan providers that the Agency's priority claim in the amount of $136,283.07 shall be amortized at 12% interest over 60 monthly payments of $3,098.27 and Debtor's payments shall start on the Effective Date, April 21, 2018. (Dkt. No. 51, pp. 6-7; Claim No. 6-1.) The remainder of the Agency's claim shall be treated as a general unsecured claim in the amount of $186,578.48 and paid at 5% in 240 equal monthly installments, without interest, and Debtor's payments shall start on the Effective Date, April 21, 2018. (Dkt. No. 51, p. 7; Claim No. 6-1.)

3) To date, the Debtor has failed to make any payments due to the Agency on its priority claim or general unsecured claim as required by the Order Confirming Plan.

4) In addition, the Debtor has failed to pay unemployment insurance taxes for the second quarter of 2018 that became due on July 25, 2018 pursuant to the Michigan Employment Security Act. The Debtor currently owes a total amount of $6,762.14 in principal taxes and interest calculated through August 31, 2018.

5) The Agency has communicated these deficiencies to the Debtor's attorney of record, Robert N. Bassel, but the Debtor is being uncooperative.

6) The Agency files this Notice of Default in conformity with Article III, Paragraph 4 of the Order Confirming Plan, which provides the Debtor thirty days to cure the deficiencies stated herein before the Agency may exercise all rights and remedies applicable under non-bankruptcy law for the collection of its entire claim and/or seek appropriate relief from this Court. (Dkt. No. 51, p. 8.)

Respectfully submitted,

Bill Schuette
Attorney General

/s/ Jessica L. Mullen
Jessica L. Mullen (P80489)
Assistant Attorney General
Attorneys for Plaintiff
Labor Division
3030 W. Grand Blvd., Ste. 9-600
Detroit, Michigan 48202
(313) 456-2200
MullenJ2@michigan.gov
P80489

Dated: August 24, 2018