UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

PJ HOSPITALITY, INC,           Case No. 17-53794
                                                    Chapter 11
            Debtor.                  Hon. Marci McIvor
_____/

## Post-Confirmation Report

This report must be filed with the United States Bankruptcy Court Clerk's Office and a copy is to be provided to: **Office of the United States Trustee, 211 West Fort Street – Suite 700, Detroit, MI 48226** by no later than the 20th day of each month.

For the Month of July 1 to July 12, 2018      Confirmation Date: 4.10.2018

| CASH FLOW REPORT: | | |
|---|---|---|
| Total Receipts | $ | $9,469.84 |
| Total Disbursements Including plan payments | $ | 45,596.77 |
| Net (Total Receipts minus Total Disbursements) | $ | -36,126.93 |

United States Trustee Quarterly Fees are payable until a Chapter 11 case has been converted or dismissed, or until the case is closed by the Court.

This statement is a true and accurate reflection of the Post-Confirmation financial activity of the above-named debtor. I understand that any false statement may subject me to criminal penalties as set forth in 18 U.S.C. § 157.

                                                      DEBTOR

                                                      By:___/s/ Patrick Coleman_____
                                                      Patrick Coleman, Principal

```
                MAIN              31780 TELEGRAPH RD.
                STREET            BINGHAM FARMS, MI 48025
                BANK              (248)-645-8888
```

# Statement Ending 07/31/2018
Page 1 of 6

**RETURN SERVICE REQUESTED**
>001008 5510147 0001 092674 10Z 062

PJ HOSPITALITY INC
DEBTOR IN POSSESSION 17-53794
29508 NORTHWESTERN HWY
SOUTHFIELD MI 48034-5703

## Managing Your Accounts

| | | |
|---|---|---|
| | Customer Service | 866-353-BANK (2265) |
| | Email Address | msbcustomerservice@msbmi.com |
| | Website | www.msbmi.com |
| | Mailing Address | 31780 Telegraph Rd<br>Bingham Farms MI, 48025 |

**Did you know that Main Street Bank offers ID Protection?**
Get your first 2 cycles free and continued protection for a low price of $6.00 per month per account holder. Kasasa Protect offers you a monthly credit score, credit reporting, credit monitoring and more! Contact a Branch Representative for more information on Kasasa Protect. 866-353-2265

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM BUSINESS | XXXXXXXX3226 | $16,963.60 |

## PREMIUM BUSINESS-XXXXXXXX3226

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/30/2018 | Beginning Balance | $4,503.21 |
| | 52 Credit(s) This Period | $184,138.45 |
| | 175 Debit(s) This Period | $171,678.06 |
| 07/31/2018 | Ending Balance | $16,963.60 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/02/2018 | DEPOSIT | $860.00 |
| 07/02/2018 | DEPOSIT | $2,020.00 |
| 07/03/2018 | DEPOSIT | $35.00 |
| 07/09/2018 | DEPOSIT | $1,150.00 |
| 07/09/2018 | DEPOSIT | $2,080.00 |
| 07/10/2018 | DEPOSIT | $1,523.76 |
| 07/12/2018 | DEPOSIT | $651.08 |
| 07/13/2018 | DEPOSIT | $1,150.00 |
| 07/16/2018 | DEPOSIT | $760.00 |
| 07/16/2018 | DEPOSIT | $1,010.00 |
| 07/16/2018 | DEPOSIT | $2,120.00 |
| 07/16/2018 | DEPOSIT | $2,960.00 |
| 07/18/2018 | DEPOSIT | $1,610.50 |
| 07/23/2018 | DEPOSIT | $960.00 |
| 07/23/2018 | DEPOSIT | $1,380.00 |
| 07/23/2018 | DEPOSIT | $1,860.00 |
| 07/23/2018 | DEPOSIT | $1,940.00 |
| 07/27/2018 | DEPOSIT | $3,033.74 |
| 07/30/2018 | DEPOSIT | $106.75 |
| 07/30/2018 | DEPOSIT | $700.00 |
| 07/30/2018 | DEPOSIT | $1,080.00 |
| 07/30/2018 | DEPOSIT | $1,300.00 |


Member FDIC — Equal Housing Lender

# HOW TO BALANCE YOUR CHECKBOOK

Balancing your checkbook means making sure that the balance in the checkbook agrees with the balance on the bank's statement of your account. If an error has been made between statements it will show up when you balance your checkbook.

TAKE THESE EASY STEPS TO BALANCE YOUR CHECKBOOK

1. Your checks are listed on this statement sorted in check number order. Compare them with your check register or check stubs. Indicate all paid checks with a ( √ ) mark.
2. Reduce your checkbook balance by the amount of any service charges not previously deducted.
3. Enter the balance shown on this statment on Line 1. of the balance form below.
4. Enter any deposits made after the date of this statement on Line 2. of the balance form and add them to the statement balance.
5. List and total all checks issued but not paid in the "OUTSTANDING CHECKS/DEBITS" columns below. Enter this total on Line 3. of the balance form and subtract.
6. The remaining balance should be the same as your checkbook balance. If the final balances do not agree, recheck the accuracy and completeness of all entries and computations. Any irregularity on the statement should be reported to the bookeeping department at once. If no error is reported in ten days, the account will be considered correct.

## BALANCING FORM

| OUTSTANDING CHECKS/DEBITS | | | | ADJUST YOUR BALANCE HERE | |
|---|---|---|---|---|---|
| CHECK NUMBER OR DEBIT DATE | AMOUNT(S) | CHECK NUMBER OR DEBIT DATE | AMOUNT(S) | 1. ENTER CURRENT BALANCE FROM THIS STATEMENT | |
| | | | | 2. ADD ANY OUTSTANDING DEPOSITS | |
| | | | | SUBTOTAL | |
| | | | | 3. SUBTRACT TOTAL OF OUTSTANDING CHECKS/DEBITS | |
| | | TOTAL | | TOTAL - YOUR CHECKBOOK SHOULD SHOW THIS BALANCE | |

IF YOUR ACCOUNT DOES NOT BALANCE, CHECK FOR ONE OF THE FOLLOWING

A. Have you corrected any errors from last month's balancing?
B. Have you correctly entered the amount of each check in your checkbook?
C. Does the amount of each check listed on this statement agree with the amount you wrote on the check?
D. Are the deposits in your checkbook the same amounts as those on the statement?
E. Have you included all outstanding checks including any from prior statements that may still be outstanding?
F. Have all service charges, check order fees and Overdraft./NSF fees been subtracted from your checkbook?
G. Have you rechecked your addition on your checkbook and the balancing form?

---

### In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (866) 353- BANK (2265) or write us at 31780 Telegraph Road, Bingham Farms, MI 48025 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statment or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

THIS ACCOUNT IS SUBJECT TO THE TERMS AND CONDITIONS AND LIMITATIONS APPEARING IN THE **DEPOSITOR'S CONTRACT ON THE SIGNATURE CARD**, THE **BANK** DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO, THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING OF ANY STATEMENT OR CANCELLED VOUCHERS.

# PREMIUM BUSINESS-xxxxxxxx3226 (continued)

## Deposits (continued)

| Date | Description | Amount |
|---|---|---|
| 07/30/2018 | DEPOSIT | $1,350.00 |
| 07/30/2018 | DEPOSIT | $1,740.00 |

## Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/02/2018 | EPX ST 031009816 MERCH SETL | $871.59 |
| 07/02/2018 | EPX ST 031009816 MERCH SETL | $6,112.71 |
| 07/02/2018 | EPX ST 031009816 MERCH SETL | $9,389.33 |
| 07/03/2018 | EPX ST 031009816 MERCH SETL | $1,143.54 |
| 07/05/2018 | EPX ST 031009816 MERCH SETL | $3,810.13 |
| 07/09/2018 | EPX ST 031009816 MERCH SETL | $2,392.38 |
| 07/09/2018 | EPX ST 031009816 MERCH SETL | $5,505.29 |
| 07/09/2018 | EPX ST 031009816 MERCH SETL | $8,081.83 |
| 07/10/2018 | EPX ST 031009816 MERCH SETL | $8,648.84 |
| 07/11/2018 | EPX ST 031009816 MERCH SETL | $3,628.71 |
| 07/12/2018 | EPX ST 031009816 MERCH SETL | $3,285.42 |
| 07/13/2018 | EPX ST 031009816 MERCH SETL | $3,737.97 |
| 07/16/2018 | EPX ST 031009816 MERCH SETL | $4,860.04 |
| 07/16/2018 | EPX ST 031009816 MERCH SETL | $10,582.70 |
| 07/17/2018 | EPX ST 031009816 MERCH SETL | $4,965.57 |
| 07/18/2018 | EPX ST 031009816 MERCH SETL | $3,994.62 |
| 07/19/2018 | EPX ST 031009816 MERCH SETL | $6,625.69 |
| 07/20/2018 | EPX ST 031009816 MERCH SETL | $4,408.56 |
| 07/23/2018 | EPX ST 031009816 MERCH SETL | $6,663.45 |
| 07/23/2018 | EPX ST 031009816 MERCH SETL | $9,807.02 |
| 07/24/2018 | EPX ST 031009816 MERCH SETL | $2,954.79 |
| 07/25/2018 | EPX ST 031009816 MERCH SETL | $5,468.42 |
| 07/26/2018 | EPX ST 031009816 MERCH SETL | $2,946.25 |
| 07/27/2018 | EPX ST 031009816 MERCH SETL | $6,804.26 |
| 07/30/2018 | EPX ST 031009816 MERCH SETL | $6,025.80 |
| 07/30/2018 | EPX ST 031009816 MERCH SETL | $10,083.52 |
| 07/31/2018 | EPX ST 031009816 MERCH SETL | $7,159.19 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 07/17/2018 | TRANSFER IN | $800.00 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/02/2018 | EPX FE 031009816 MERCH SETL | $2,812.36 |
| 07/03/2018 | GLOBAL PAYMENTS GLOBAL STL 8788290436437 | $150.12 |
| 07/03/2018 | ATT Payment XXXXX7012EPAYK | $246.28 |
| 07/05/2018 | Michigan Workers Liberty MIWLMIXXXXX4302 | $1,667.00 |
| 07/06/2018 | CONSUMERS ENERGY ENERGYBILL 100009865120 | $732.92 |
| 07/12/2018 | IRS USATAXPYMT 220859333641788 | $6,540.33 |
| 07/19/2018 | DIRECTV DIRECTV 1548338 | $357.57 |
| 07/19/2018 | ATT Payment 066134001EVR1Y | $861.27 |
| 07/20/2018 | SYSCO DETROIT VENDOR PAY Cust #745919 | $1,502.49 |
| 07/23/2018 | EPX CR 031009816 MERCH SETL | $75.52 |
| 07/25/2018 | IRS USATAXPYMT 220860693439032 | $5,818.56 |
| 07/30/2018 | IRS USATAXPYMT 220861111423456 | $462.57 |
| 07/30/2018 | CAPITAL ONE PHONE PYMT 820939870046885 | $500.00 |
| 07/31/2018 | AFLAC INSURANCE JKV41795777 | $283.08 |
| 07/31/2018 | EPX FE 031009816 MERCH SETL | $2,928.67 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 07/03/2018 | TRANSFER OUT | $300.00 |
| 07/06/2018 | TRANSFER OUT | $2,000.00 |
| 07/09/2018 | TRANSFER OUT | $6,000.00 |
| 07/10/2018 | TRANSFER OUT | $4,000.00 |
| 07/11/2018 | TRANSFER OUT | $2,000.00 |
| 07/13/2018 | TRANSFER OUT | $1,000.00 |
| 07/13/2018 | TRANSFER OUT | $1,000.00 |
| 07/17/2018 | TRANSFER OUT | |

# PREMIUM BUSINESS-xxxxxxxx3226 (continued)

## Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 07/20/2018 | TRANSFER OUT | $4,500.00 |
| 07/23/2018 | TRANSFER OUT | $10,000.00 |
| 07/24/2018 | TRANSFER OUT | $4,000.00 |
| 07/31/2018 | SERVICE CHARGE | $64.00 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2649 | 07/13/2018 | $150.00 | 2858 | 07/10/2018 | $330.64 | 2909 | 07/30/2018 | $442.86 |
| 2742* | 07/12/2018 | $250.00 | 2859 | 07/11/2018 | $441.54 | 2910 | 07/18/2018 | $584.26 |
| 2748* | 07/02/2018 | $360.40 | 2860 | 07/10/2018 | $5,207.20 | 2911 | 07/18/2018 | $355.19 |
| 2770* | 07/10/2018 | $55.94 | 2861 | 07/12/2018 | $200.00 | 2912 | 07/25/2018 | $251.49 |
| 2771 | 07/10/2018 | $225.00 | 2862 | 07/12/2018 | $259.60 | 2913 | 07/20/2018 | $180.30 |
| 2800* | 07/12/2018 | $178.53 | 2863 | 07/10/2018 | $1,050.00 | 2914 | 07/23/2018 | $231.46 |
| 2802* | 07/03/2018 | $487.74 | 2864 | 07/12/2018 | $135.00 | 2915 | 07/31/2018 | $50.00 |
| 2803 | 07/06/2018 | $75.00 | 2865 | 07/12/2018 | $2,216.90 | 2916 | 07/19/2018 | $85.50 |
| 2806* | 07/03/2018 | $845.55 | 2866 | 07/09/2018 | $500.00 | 2918* | 07/30/2018 | $2,875.00 |
| 2811* | 07/02/2018 | $292.50 | 2868* | 07/17/2018 | $200.00 | 2919 | 07/20/2018 | $144.00 |
| 2814* | 07/02/2018 | $120.00 | 2869 | 07/17/2018 | $332.50 | 2920 | 07/23/2018 | $4,446.40 |
| 2817* | 07/02/2018 | $600.00 | 2870 | 07/12/2018 | $1,169.78 | 2921 | 07/23/2018 | $750.00 |
| 2818 | 07/16/2018 | $500.00 | 2871 | 07/11/2018 | $1,454.05 | 2922 | 07/30/2018 | $677.81 |
| 2819 | 07/16/2018 | $120.00 | 2872 | 07/16/2018 | $700.70 | 2923 | 07/30/2018 | $516.11 |
| 2820 | 07/02/2018 | $1,000.00 | 2873 | 07/18/2018 | $389.45 | 2924 | 07/24/2018 | $1,884.90 |
| 2821 | 07/02/2018 | $1,924.75 | 2874 | 07/13/2018 | $590.70 | 2925 | 07/24/2018 | $153.00 |
| 2822 | 07/16/2018 | $200.00 | 2875 | 07/16/2018 | $190.00 | 2926 | 07/23/2018 | $531.00 |
| 2823 | 07/02/2018 | $300.52 | 2876 | 07/17/2018 | $100.00 | 2927 | 07/23/2018 | $1,505.00 |
| 2824 | 07/13/2018 | $1,112.46 | 2877 | 07/16/2018 | $722.17 | 2928 | 07/23/2018 | $1,193.00 |
| 2826* | 07/11/2018 | $200.00 | 2878 | 07/20/2018 | $100.00 | 2929 | 07/24/2018 | $2,490.44 |
| 2827 | 07/02/2018 | $290.82 | 2879 | 07/12/2018 | $692.27 | 2930 | 07/25/2018 | $1,095.00 |
| 2828 | 07/02/2018 | $65.00 | 2880 | 07/20/2018 | $100.00 | 2931 | 07/23/2018 | $17.07 |
| 2829 | 07/05/2018 | $547.46 | 2881 | 07/20/2018 | $300.00 | 2932 | 07/23/2018 | $67.07 |
| 2830 | 07/02/2018 | $632.91 | 2882 | 07/18/2018 | $100.00 | 2933 | 07/23/2018 | $135.00 |
| 2831 | 07/02/2018 | $250.00 | 2883 | 07/18/2018 | $100.00 | 2934 | 07/20/2018 | $32.50 |
| 2832 | 07/02/2018 | $4,940.03 | 2884 | 07/20/2018 | $100.00 | 2935 | 07/20/2018 | $148.50 |
| 2833 | 07/02/2018 | $750.00 | 2885 | 07/20/2018 | $100.00 | 2936 | 07/25/2018 | $97.13 |
| 2834 | 07/03/2018 | $77.00 | 2886 | 07/16/2018 | $191.93 | 2937 | 07/24/2018 | $200.00 |
| 2835 | 07/03/2018 | $57.11 | 2887 | 07/19/2018 | $216.00 | 2938 | 07/24/2018 | $512.30 |
| 2836 | 07/05/2018 | $3,412.55 | 2888 | 07/24/2018 | $170.00 | 2939 | 07/25/2018 | $225.00 |
| 2837 | 07/02/2018 | $200.00 | 2889 | 07/13/2018 | $295.00 | 2940 | 07/26/2018 | $627.50 |
| 2838 | 07/05/2018 | $977.13 | 2890 | 07/13/2018 | $675.51 | 2941 | 07/26/2018 | $350.00 |
| 2839 | 07/06/2018 | $178.00 | 2891 | 07/13/2018 | $250.00 | 2942 | 07/25/2018 | $1,097.32 |
| 2840 | 07/16/2018 | $250.00 | 2892 | 07/18/2018 | $567.50 | 2943 | 07/23/2018 | $253.50 |
| 2841 | 07/02/2018 | $675.00 | 2893 | 07/17/2018 | $200.00 | 2944 | 07/25/2018 | $3,929.35 |
| 2842 | 07/05/2018 | $225.00 | 2894 | 07/17/2018 | $200.00 | 2946* | 07/25/2018 | $217.45 |
| 2843 | 07/02/2018 | $500.00 | 2895 | 07/20/2018 | $700.80 | 2947 | 07/31/2018 | $63.00 |
| 2844 | 07/02/2018 | $247.00 | 2896 | 07/13/2018 | $522.00 | 2948 | 07/25/2018 | $100.00 |
| 2846* | 07/05/2018 | $234.00 | 2897 | 07/18/2018 | $706.21 | 2949 | 07/26/2018 | $426.79 |
| 2847 | 07/11/2018 | $40.00 | 2898 | 07/19/2018 | $5,684.56 | 2950 | 07/30/2018 | $1,053.70 |
| 2848 | 07/16/2018 | $40.00 | 2899 | 07/16/2018 | $1,344.49 | 2954* | 07/30/2018 | $1,600.00 |
| 2849 | 07/11/2018 | $76.60 | 2900 | 07/17/2018 | $225.00 | 2955 | 07/31/2018 | $247.00 |
| 2850 | 07/09/2018 | $175.00 | 2901 | 07/18/2018 | $1,338.70 | 2956 | 07/31/2018 | $247.00 |
| 2851 | 07/10/2018 | $569.01 | 2902 | 07/16/2018 | $500.00 | 2959* | 07/31/2018 | $4,143.95 |
| 2852 | 07/06/2018 | $148.05 | 2903 | 07/16/2018 | $97.50 | 2960 | 07/31/2018 | $156.00 |
| 2853 | 07/10/2018 | $207.00 | 2904 | 07/23/2018 | $97.50 | 2961 | 07/31/2018 | $3,490.50 |
| 2854 | 07/10/2018 | $100.00 | 2905 | 07/20/2018 | $120.00 | 2962 | 07/30/2018 | $8,316.95 |
| 2855 | 07/06/2018 | $175.00 | 2906 | 07/26/2018 | $40.00 | 2975* | 07/31/2018 | $78.00 |
| 2856 | 07/09/2018 | $2,266.76 | 2907 | 07/23/2018 | $40.00 | | | |
| 2857 | 07/05/2018 | $200.69 | | | | | | |

* Indicates skipped check number

# PREMIUM BUSINESS-XXXXXXXX3226 (continued)

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/02/2018 | $7,795.55 | 07/12/2018 | $404.47 | 07/23/2018 | $18,093.31 |
| 07/03/2018 | $6,810.29 | 07/13/2018 | -$303.23 | 07/24/2018 | $11,637.46 |
| 07/05/2018 | $3,557.28 | 07/16/2018 | $17,132.72 | 07/25/2018 | $4,274.58 |
| 07/06/2018 | $248.31 | 07/17/2018 | $18,140.79 | 07/26/2018 | $5,776.54 |
| 07/09/2018 | $10,516.05 | 07/18/2018 | $19,024.60 | 07/27/2018 | $15,614.54 |
| 07/10/2018 | $8,693.86 | 07/19/2018 | $18,445.39 | 07/30/2018 | $21,555.61 |
| 07/11/2018 | $8,110.38 | 07/20/2018 | $14,825.36 | 07/31/2018 | $16,963.60 |

THIS PAGE LEFT INTENTIONALLY BLANK